686

(137 So. 925)

## Elijah SMITHERMAN v. STATE.
### 5 Div. 833.

Court of Appeals of Alabama.
Nov. 24, 1931.

RICE, J.
Affirmed.

(131 So. 926)

## Bloomer SNIDER v. STATE.
### 6 Div. 782.

Court of Appeals of Alabama.
Dec. 16, 1930.

BRICKEN, P. J.
Appeal dismissed.

(138 So. 926)

## Robert Lee SNIPES v. STATE.
### 6 Div. 81.

Court of Appeals of Alabama.
Dec. 15, 1931.

BRICKEN, P. J.
Affirmed.

(134 So. 925)

## SOUTHERN RAILWAY CO. et al. v. Mabel SMITH.
### 8 Div. 300.

Court of Appeals of Alabama.
May 7, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(134 So. 925)

## George SPARKS v. STATE.
### 6 Div. 968.

Court of Appeals of Alabama.
May 12, 1931.

BRICKEN, P. J.
Affirmed.

(131 So. 926)

## Mrs. E. L. SPENCER v. STATE.
### 6 Div. 767.

Court of Appeals of Alabama.
April 24, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(134 So. 925)

## Louis SPROUSE v. STATE.
### 4 Div. 633.

Court of Appeals of Alabama.
May 5, 1931.

BRICKEN, P. J.
Affirmed.

(134 So. 925)

## Louis SPROUSE v. STATE.
### 4 Div. 634.

Court of Appeals of Alabama.
May 19, 1931.

SAMFORD, J.
Affirmed.

(132 So. 925)

## Miller STALLWORTH v. STATE.
### 2 Div. 471.

Court of Appeals of Alabama.
March 24, 1931.

SAMFORD, J.
Affirmed.